**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio GRIFFIN, Defendant–**
**Appellant.**

**No. 12–16314**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 19, 2013.

R. Brian Tanner, James D. Durham, Frederick Kramer, III, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Charles Michael Johnson, C. Michael Johnson, Attorney at Law, Eastman, GA, Antonio Griffin, FCI Estill–Inmate Legal Mail, Estill, SC, for Defendant–Appellant.

Before MARCUS, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

C. Michael Johnson, appointed counsel for Antonio Griffin in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Griffin's convictions and sentences are **AFFIRMED.**